IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ABDULLAH,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>CHRIS GIANULIAS, PRO SE; PAULINE GIANULIAS, PRO SE; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CV 2:05-cv-2112-GEB-KJM<br><br><br>ORDER RE:  SETTLEMENT<br>AND DISPOSITION |

　　　　Pursuant to the representations of Defendants appearing in pro per and counsel for Plaintiff, the Court has determined that this case is settled.

　　　　In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed within twenty (20) days of this order.  All previously set dates in this matter are hereby vacated.

/////

/////

/////

1 <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON COUNSEL AS WELL AS AGAINST ANY PARTY WHO CAUSES NON-COMPLIANCE WITH THIS ORDER.</u>

IT IS SO ORDERED.

Dated: February 15, 2006

<u>/s/ Garland E. Burrell, Jr.</u>
GARLAND E. BURRELL, JR.
United States District Judge